Ronald J. Kohut, Esq. (Bar No. 66463)
Richard A. De Liberty, Esq. (Bar No. 203754)
Kohut & Kohut LLP
3554 Round Barn Boulevard, Suite 204
Santa Rosa, California 95403
(707) 573-3100
(707) 573-3101

Attorneys for Appellant
NEW CINGULAR WIRELESS SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| NEW CINGULAR WIRELESS SERVICES, INC., | No. 02:07-CV-02213-MCE |
|---|---|
| Appellant, | Bankruptcy No. 06-25251-C-7 |
| v. | **STIPULATION TO EXTEND BRIEFING SCHEDULE** |
| RICHARD MCCORMICK et al., | |
| Appellees. | |

**STIPULATION**

IT IS STIPULATED by Appellant, New Cingular Wireless Services, Inc., Appellee Michael Burkart, as Trustee, and Appellees Timothy, Renee, Richard McCormick, and Shirley McCormick that the briefing schedule in this Bankruptcy Appeal be extended by fourteen days, making Appellant's opening brief and excerpts of record due on Tuesday, December 4, 2007. No previous extensions have been sought in this matter.

DATED: November 15, 2007

                                        KOHUT & KOHUT LLP

                                        /s/ Richard A. De Liberty
                                        Richard A. De Liberty
                                        Attorneys for Appellant
                                        New Cingular Wireless Services, Inc.

1 | DATED:

2 |             WILKE, FLEURY, HOFFELT,
            GOULD & BIRNEY, LLP

3

4 | _____

5 | Daniel L. Baxter
Attorneys for Appellee
Micheal Burkart, as Trustee

10 | DATED:

11 |         MCCORMICK BARSTOW LLP

13 | _____
Hilton A. Ryder
Attorneys for Appellees
Timothy, Renee, Richard and Shirley Mccormick

**ORDER**

IT IS SO ORDERED.

DATED: November 21, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION TO EXTEND BRIEFING SCHEDULE    2