Ronald J. Kohut, Esq. (Bar No. 66463)
Richard A. De Liberty, Esq. (Bar No. 203754)
Kohut & Kohut LLP
3554 Round Barn Boulevard, Suite 204
Santa Rosa, California 95403
(707) 573-3100
(707) 573-3101

Attorneys for Appellant
NEW CINGULAR WIRELESS SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW CINGULAR WIRELESS SERVICES, INC., | No. 02:07-CV-02213-MCE |
| Appellant, | Bankruptcy No. 06-25251-C-7 |
| v. | **SECOND STIPULATION TO EXTEND BRIEFING SCHEDULE; ORDER** |
| RICHARD MCCORMICK et al., | [ON APPEAL OF ORDER APPROVING COMPROMISE] |
| Appellees. | |

### STIPULATION

IT IS STIPULATED by Appellant, New Cingular Wireless Services, Inc. ("Cingular"), Appellee Michael Burkart, as Trustee, and Appellees Timothy, Renee, Richard McCormick, and Shirley McCormick that the briefing schedule in this Bankruptcy Appeal be extended by four days, making Appellant's opening brief and excerpts of record due on Friday, December 7, 2007. The parties stipulated to one previous extension of the briefing schedule by fourteen days, to December 4, 2007, which was granted.

The reason for this stipulation is that today, December 3, 2007, counsel for Cingular, whose offices are in Santa Rosa, California, received notice of an *ex parte* motion being made in state court in Santa Monica, California, tomorrow morning, December 4, 2007, which is the date Cingular's briefs are currently due both in this Appeal and the appeal from the bankruptcy court's order refusing a stay pending arbitration, *In re Wire Comm Wireless, Inc.,* No. 02:07-CV-02451-MCE (filed Oct. 29, 2007) (assigned to England, J.). A stipulation for the same extension is being filed in the other appeal, as well.

DATED: December 3, 2007

            KOHUT & KOHUT LLP

            /s/ Richard A. De Liberty
            Richard A. De Liberty
            Attorneys for Appellant
            New Cingular Wireless Services, Inc.

DATED:

            WILKE, FLEURY, HOFFELT,
            GOULD & BIRNEY, LLP

            Daniel L. Baxter
            Attorneys for Appellee
            Micheal Burkart, as Trustee

DATED:

            MCCORMICK BARSTOW LLP

            Hilton A. Ryder
            Attorneys for Appellees
            Timothy, Renee, Richard and Shirley Mccormick

## **ORDER**

   IT IS SO ORDERED.

DATED:

            _____
            MORRISON C. ENGLAND, JR
            UNITED STATES DISTRICT JUDGE

SECOND STIPULATION TO EXTEND BRIEFING SCHEDULE; ORDER       2