UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW CINGULAR WIRELESS SERVICES, INC., a Delaware corporation, | No. 2:07-cv-02213-MCE<br>Bankruptcy No. 06-25251-C-7 |
| Appellant, | |
| v. | **RELATED CASE ORDER** |
| RICHARD McCORMICK, et al., | |
| Appellees. | |
| NEW CINGULAR WIRELESS SERVICES, INC., a Delaware corporation, | No. 2:07-cv-02451-MCE<br>Bankruptcy No. 06-25251-C-7 |
| Appellant, | |
| v. | |
| MICHAEL F. BURKHART, as Trustee, | |
| Appellee. | |

The Court received the Notices of Related Bankruptcy Appeals filed November 13 and 15, 2007.  Examination of the above-entitled bankruptcy appeals reveals that both are related within the meaning of Local Rule 83-123(a), E.D. Cal. (1997).

1

1  The appeals are from the same bankruptcy case and involve common
2  facts, history, and issues of law and policy.
3      Because the appeals are already assigned to the same
4  district judge, this Order is issued for informational purposes
5  only and shall have no effect on the status of the cases.
6      IT IS SO ORDERED.

Dated: December 5, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE