WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
DANIEL L. EGAN (SBN 142631)
DANIEL L. BAXTER (SBN 203862)
MEGAN A. LEWIS (SBN 221263)
400 Capitol Mall, Twenty-Second Floor
Sacramento, CA  95814
Telephone:     (916) 441-2430
Facsimile:     (916) 442-6664

Attorneys for Appellee
MICHAEL F. BURKART

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW CINGULAR WIRELESS SERVICES, INC., a Delaware Corporation,<br><br>  Appellant,<br><br>vs.<br><br>MICHAEL F. BURKART, as Trustee,<br><br>  Appellee. | Case No. 02:07-CV-2213 MCE<br><br>Bankruptcy No.  06-25251<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE APPELLEES' BRIEFS ON APPEAL** |

## **RECITALS**

The parties hereto, having previously agreed to two briefing extensions under which Appellant NEW CINGULAR WIRELESS SERVICES, INC. was permitted additional time in which to file its opening brief in the above-entitled matter, hereby wish to permit Appellee MICHAEL F. BURKART a similar extension for his forthcoming Appellee's Brief. The parties also wish to permit a similar extension to Appellees TIMOTHY, RENEE, RICHARD, and SHIRLEY MCCORMICK in the event they choose to file a brief. Said extension is requested on the ground that the undersigned counsel for Mr. Burkart believes in good faith that additional time to complete his brief (beyond the current deadline of December 26, 2007) may be necessary.

///

///

330588.1

- 1 -

STIPULATION AND ORDER EXTENDING TIME FOR APPELLEES' BRIEFS (CASE NO. 07:CV-02213 MCE)

No prior extensions have been sought in this matter by Mr. Burkart or the McCormicks. A similar stipulation is also being filed in connection with the bankruptcy court's order declining to grant a stay pending arbitration (Case No. 2:07-CV-02451 MCE).

**STIPULATION**

Appellant NEW CINGULAR WIRELESS SERVICES, INC. and Appellees MICHAEL F. BURKART and TIMOTHY, RENEE, RICHARD, and SHIRLEY MCCORMICK HEREBY STIPULATE AND AGREE that Appellees shall have an additional 19 days, up to and including January 14, 2007, in which to file their Appellees' Briefs (and any associated documents) in the above-entitled matter.

DATED:   December ___, 2007     WILKE, FLEURY, HOFFELT,
                                GOULD & BIRNEY, LLP

                                By:_____
                                    DANIEL L. BAXTER
                                    Attorneys for Appellee
                                    MICHAEL F. BURKART

DATED:   December ___, 2007     KOHUT & KOHUT LLP

                                By:_____
                                    RICHARD A. DELIBERTY
                                    Attorneys for Appellant
                                    NEW CINGULAR WIRELESS
                                    SERVICES, INC.

DATED:   December ___, 2007     KOHUT & KOHUT LLP

                                By:_____
                                    HILTON A. RYDER
                                    Attorneys for Appellees
                                    TIMOTHY, RENEE, RICHARD, and
                                    SHIRLEY MCCORMICK

**ORDER**

IT IS SO ORDERED.

DATED: January 8, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE